Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbgbs.com
Gayane Muradyan, Esq., Bar No.: 337436
gmuradyan@pbbgbs.com
**PETERSON BRADFORD BURKWITZ**
**GREGORIO BURKWITZ & SU, LLP**
100 North First Street, Suite 300
Burbank, California 91502
T: 818.562.5800
F: 818.562.5810

Attorneys for Defendant, COUNTY OF LOS ANGELES (erroneously sued as LOS ANGELES COUNTY CHILDREN AND FAMILY SERVICES)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| DANIEL ALVAREZ,<br><br>                    Plaintiff,<br><br>          vs.<br><br>LOS ANGELES COUNTY, LOS ANGELES COUNTY CHILDREN AND FAMILY SERVICES, AND CATIE REAY, DOES 1-10,<br><br>                    Defendants. | Case No.: 2:24-cv-01035-ODW-MAR<br>Assigned to the Honorable: Otis D. Wright, II<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed: February 07, 2024<br>Trial Date:     None |

This Joint Stipulation for an extension of time for Defendant, COUNTY OF LOS ANGELES, ("Defendant"), to respond to Plaintiff, DANIEL ALVAREZ'S, ("Plaintiff") Complaint for damages, is made by and between Plaintiff and Defendant County of Los Angeles', by and through their respective counsel of record, based on the following facts:

///

///

*(sidebar, left margin)* PETERSON BRADFORD BURKWITZ GREGORIO BURKWITZ & SU, LLP 100 North First Street, Suite 300 Burbank, California 91502 Telephone 818.562.5800

1

p-Joint Stip to Extend Responsive Pleading_6

1    WHEREAS, Plaintiff caused his Complaint to be served on Defendant, County

2  of Los Angeles on or about September 20, 2024.

3    WHEREAS, on October 2, 2024, the parties informally agreed to extend

4  Defendant County of Los Angeles' deadline to file a responsive pleading by 14 days.

5    Accordingly, pursuant to C.D.C.A. Local Rule 8-3, Defendant County of Los

6  Angeles' deadline to file a responsive pleading to Plaintiff's Complaint is now due

7  on or before **October 25, 2024.**

8

9  **IT IS SO STIPULATED.**

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

**PETERSON BRADFORD BURKWITZ**
**GREGORIO BURKWITZ & SU, LLP**
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

2

**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

2:24-cv-01035-ODW-MAR

## ATTESTATION

Pursuant to Local Rule 5-4.34(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED:  October 9, 2024

**PETERSON BRADFORD BURKWITZ**
**GREGORIO BURKWITZ & SU**


By: _Gayane Muradyan_
Avi Burkwitz, Esq.
Gayane Muradyan, Esq.
Attorneys for Defendant,
COUNTY OF LOS ANGELES

DATED:  October 9, 2024

**THE LAW OFFICES OF**
**ANGELA SWAN, APC**


By: _Angela Swan_
Angela Swan, Esq.
Attorney for Plaintiff,
DANIEL ALVAREZ

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND**
**AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**
2:24-cv-01035-ODW-MAR

p-Joint Stip to Extend Responsive Pleading_6

**PETERSON BRADFORD BURKWITZ**
**GREGORIO BURKWITZ & SU, LLP**
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On October 9, 2024, I served the foregoing document described as:
**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**
on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED MAILING LIST

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY ELECTRONIC MAIL:**  Based on court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address(s) below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY PERSONAL SERVICE:**  I delivered such envelope by hand to the addressee.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 9, 2024, in Burbank, California

*/s/ Lexi Pettway*
_____
Lexi Pettway

4

**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

p-Joint Stip to Extend Responsive Pleading_6

# SERVICE LIST

**RE:**    **Alvarez, Daniel v. County of Los Angeles**

**Case No.:**    2:24-cv-01035-ODW-MAR

Angela Swan, Esq.
**The Law Offices of Angela Swan, APC**
21151 S. Western Ave.
Suite 177
Torrance, CA. 90501

T: (310) 755-2505

E: aswan@angelaswanlaw.com
**Attorney for Plaintiff,**
**Daniel Alvarez**

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**
2:24-cv-01035-ODW-MAR

p-Joint Stip to Extend Responsive Pleading_6