Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbgbs.com
Gayane Muradyan, Esq., Bar No.: 337436
gmuradyan@pbbgbs.com
**PETERSON BRADFORD BURKWITZ**
**GREGORIO BURKWITZ & SU, LLP**
100 North First Street, Suite 300
Burbank, California 91502
T: 818.562.5800
F: 818.562.5810

Attorneys for Defendant, COUNTY OF LOS ANGELES (erroneously sued as LOS ANGELES COUNTY CHILDREN AND FAMILY SERVICES)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DANIEL ALVAREZ,<br><br>            Plaintiff,<br><br>    vs.<br><br>LOS ANGELES COUNTY, LOS ANGELES COUNTY CHILDREN AND FAMILY SERVICES, AND CATIE REAY, DOES 1-10,<br><br>            Defendants. | Case No.: 2:24-cv-01035-ODW-MAR<br>Assigned to the Honorable: Otis D. Wright, II<br><br>**[PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed: February 07, 2024<br>Trial Date:    None |

## [PROPOSED] ORDER

Based on the foregoing stipulation of counsel, Defendant's deadline to file a responsive pleading to Plaintiff's Complaint is now due on or before **October 25, 2024**.

///

///

**IT IS SO ORDERED**

DATED: _____          _____

                                                              HON. OTIS D. WRIGHT II

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

2
[PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)
2:24-cv-01035-ODW-MAR

p-PO re Joint Stip to Extend Responsive Pleading_5

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On October 9, 2024, I served the foregoing document described as:

**[PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY ELECTRONIC MAIL:** Based on court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address(es) below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 9, 2024, in Burbank, California

*/s/ Lexi Pettway*

Lexi Pettway

3
**[PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**
2:24-cv-01035-ODW-MAR

p-PO re Joint Stip to Extend Responsive Pleading_5

# SERVICE LIST

**RE:** **Alvarez, Daniel v. County of Los Angeles**

**Case No.:** 2:24-cv-01035-ODW-MAR

Angela Swan, Esq.
**The Law Offices of Angela Swan, APC**
21151 S. Western Ave.
Suite 177
Torrance, CA. 90501

T: (310) 755-2505

E: aswan@angelaswanlaw.com
**Attorney for Plaintiff,
Daniel Alvarez**

PETERSON BRADFORD BURKWITZ GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

4
**[PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**
2:24-cv-01035-ODW-MAR

p-PO re Joint Stip to Extend Responsive Pleading_5