UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-01035-ODW (MARx) | Date | June 30, 2025 |
|---|---|---|---|
| Title | *Daniel Alvarez et al v. Los Angeles County et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**      **In Chambers**

On June 15, 2025, Plaintiff Daniel Alvarez filed a Fourth Amended Complaint. (Fourth Am. Compl., ECF No. 46.)

Federal Rule of Civil Procedure ("Rule") 15 permits a party to amend its pleading "once as a matter of course no later than: (A) 21 days after serving it, or (B) . . . 21 days after service of a motion under Rule 12(b)." Plaintiff only has "one matter of course amendment." *See Ramirez v. County of San Bernadino*, 806 F.3d 1002, 1007 (9th Cir. 2015) (holding that a plaintiff may "utilize his one matter of course amendment under 15(a)(1), so long as he files it timely.")

Here, Alvarez exercised his one matter of course amendment when he filed his Third Amended Complaint. (Third Am. Compl., ECF No. 44.) Alvarez may not file further amendments unless he obtains leave of the court or written consent from opposing party. Fed. R. Civ. P. 15(a)(2). As Alvarez fails to obtain either the court's or opposing party's consent, the Court, on its own motion, **STRIKES** the Fourth Amended Complaint. (ECF No. 46.) Accordingly, the Third Amended Complaint is the operative complaint.

**IT IS SO ORDERED.**

     :    00

Initials of Preparer    SE