UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-01035-ODW (MARx) | Date | June 30, 2025 |
|---|---|---|---|
| Title | *Daniel Alvarez et al. v. Los Angeles County et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**     **ORDER STRIKING DOCUMENT (ECF No. 47.)**


    The Court reviewed Defendant Los Angeles County's Motion to Dismiss, (ECF No. 47). The Court **STRIKES** that document for the following reason(s):

\_\_\_  Motion filed less than twenty-eight days before date noticed for hearing, or less than thirty-five days before date noticed for hearing motion for summary judgment. *See* C.D. Cal. Civ. L.R. 6-1; Scheduling and Case Management Order ¶ 6.f.

\_\_\_  Missing statement of Conference of Counsel Prior to Filing of Motions, or conference held less than seven days prior to filing of the motion. *See* C.D. Cal. Civ. L.R. 7-3.

\_X\_  Failure to meet and confer "to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution." *See* C.D. Cal. Civ. L.R. 7-3.

\_\_\_  Over-length. *See* C.D. Cal. Civ. L.R. 11-6; Order Setting Scheduling Conference 5.

\_\_\_  Missing required information (e.g., Notice of Motion; title page or caption information; table of contents; table of authorities; index of exhibits; Proposed Order, etc.). *See* C.D. Cal. Civ. L.R. 7-4, 7-20, 11-3, 11-8.

\_\_\_  Does not comply with C.D. Cal. Civ. L.R. 7-6 or 11-5 regarding evidence on motions or filing exhibits electronically.

___  Does not contain a statement of material facts with numbered paragraphs or fails to respond to statement of material facts in motion. *See* Scheduling and Case Management Order ¶ 6.f.

___  Response does not list and respond to the numbered statement of material facts from the Motion for Summary Judgment. Scheduling and Case Management Order ¶ 6.f.

___  Does not comply with L.R. 79-5 regarding filing an item under seal in a civil case.

___  Does not comply with Order or Notice in this case for the following reasons: _____.

___  Other: _____.


The document is stricken and not part of the record.

**IT IS SO ORDERED.**

                                                                    _____  :  __00__
                                                Initials of Preparer    SE