Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbgbs.com
Gayane Muradyan, Esq., Bar No.: 337436
gmuradyan@pbbgbs.com
**PETERSON BRADFORD BURKWITZ GREGORIO BURKWITZ & SU, LLP**
100 North First Street, Suite 300
Burbank, California 91502
T: 818.562.5800
F: 818.562.5810

*Exempt from filing Fees*
*Government Code Section 6103*

Attorneys for Defendant, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DANIEL ALVAREZ,<br><br>   Plaintiff,<br><br>vs.<br><br>LOS ANGELES COUNTY, LOS ANGELES COUNTY CHILDREN AND FAMILY SERVICES, AND CATIE REAY, DOES 1-10,<br><br>   Defendants. | Case No.: 2:24-cv-01035-ODW-MAR<br>Assigned to the Honorable:<br>Otis D. Wright, II<br>[Courtroom: 5D]<br><br>**[PROPOSED] ORDER RE DEFENDANT, COUNTY OF LOS ANGELES' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT PURSUANT TO F.R.C.P. RULE 12(B)(6)**<br><br>*[Concurrently filed with Defendant, County of Los Angeles' Notice of Motion and Motion to Dismiss Plaintiff's Third Amended Complaint Pursuant to F.R.C.P. Rule 12(B)(6)]*<br><br>Date:         August 11, 2025<br>Time:        1:30 pm<br>Courtroom  5D<br><br>Complaint Filed: February 07, 2024<br>FAC Filed:    November 12, 2024<br>SAC Filed:    May 6, 2025<br>TAC Filed:    June 3, 2025<br>Trial Date:    None |

1

**[PROPOSED] ORDER RE DEFENDANT, COUNTY OF LOS ANGELES' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT PURSUANT TO F.R.C.P. RULE 12(B)(6)**

2:24-cv-01035-ODW-MAR

p-Proposed order re MTD

1  Defendant, COUNTY OF LOS ANGELES' Motion to Dismiss came for
2  hearing on August 11, 2025, at 1:30 p.m., before the Otis D. Wright, II, U.S. District
3  Court Judge presiding.  The Court read and considered the papers submitted both in
4  support of and opposition to the Motion and based upon further briefing, papers, and
5  pleadings on file in this matter as well as the oral arguments,
6      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
7  Defendant, County of Los Angeles' Motion to Dismiss Plaintiff, DANIEL
8  ALVAREZ's Third Amended Complaint pursuant to Federal Rules of Civil
9  Procedure, Rule 12(B)(6), is hereby GRANTED, with prejudice.
10 **IT IS SO ORDERED.**

12  DATED: _____, 2025   By: _____
13                                    HON. OTIS D. WRIGHT, II
                                      U.S. DISTRICT COURT JUDGE

2
[PROPOSED] ORDER RE DEFENDANT, COUNTY OF LOS ANGELES' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT PURSUANT TO F.R.C.P. RULE 12(B)(6)

2:24-cv-01035-ODW-MAR

p-Proposed order re MTD

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On July 8, 2025, I served the foregoing document described as: **[PROPOSED] ORDER RE DEFENDANT, COUNTY OF LOS ANGELES' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT PURSUANT TO F.R.C.P. RULE 12(B)(6)** on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY ELECTRONIC MAIL:** Based on court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address(es) below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 8, 2025, in Burbank, California

/s/ Cynthia Collazo

Cynthia Collazo

3

[PROPOSED] ORDER RE DEFENDANT, COUNTY OF LOS ANGELES' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT PURSUANT TO F.R.C.P. RULE 12(B)(6)

2:24-cv-01035-ODW-MAR

p-Proposed order re MTD

PETERSON BRADFORD BURKWITZ GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

# SERVICE LIST

RE: <u>**Alvarez, Daniel v. County of Los Angeles**</u>

Case No.: 2:24-cv-01035-ODW-MAR

Angela Swan, Esq.
**The Law Offices of Angela Swan, APC**
21151 S. Western Ave., Suite 177
Torrance, CA. 90501
T: (310) 755-2505
E: aswan@angelaswanlaw.com

**Attorney for Plaintiff,
Daniel Alvarez**

Jeffrey Lewis
Kyla Dayton
JEFF LEWIS LAW, APC
827 Deep Valley Drive, Suite 209
Rolling Hills Estates, CA 90274
Tel. (310) 935-4001
E-Mail: Jeff@JeffLewisLaw.com

**Attorneys for Defendant**

**CATHERINE REAY**

PETERSON BRADFORD BURKWITZ GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

4

[PROPOSED] ORDER RE DEFENDANT, COUNTY OF LOS ANGELES' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT PURSUANT TO F.R.C.P. RULE 12(B)(6)

2:24-cv-01035-ODW-MAR

p-Proposed order re MTD