Angela R. Swan, Esq. (SBN #213793)
**THE LAW OFFICES OF ANGELA SWAN, APC**
21151 S. WESTERN AVE.
TORRANCE, CA 90503
Tele: (310) 755-2515
Fax: (310) 878-0349
Email:     aswan@angelaswanlaw.com

Attorney for PLAINTIFF,

Daniel Alvarez

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| DANIEL ALVAREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>LOS ANGELES COUNTY, LOS ANGELES COUNTY CHILDREN AND FAMILY SERVICES, AND CATIE REAY,<br><br>    Defendants. | Case No.: 2:24-CV-01035-ODW Judge: Honorable Otis Wright<br><br>**DECLARATION OF ANGELA SWAN, ESQ. IN SUPPORT OF MOTION TO VACATE DISMISSAL ORDER ENTERED ON JULY 15, 2025**<br><br>Hearing Date: September 22, 2025<br>Hearing Time: 1:30 p.m. |

DECLARATION OF ANGELA SWAN IN SUPPORT OF MOTION TO VACATE ORDER DISMISSING CASE AGAINST DEFENDANT REAY

I, Angela Swan, declare as follows.

1. I am an attorney at law duly licensed to practice before all court within the State of California. I have been so licensed since June 2001. I make this declaration in support of Plaintiff's Motion to Vacate Dismissal Order entered on July 15, 2025.

2. Unless otherwise stated upon information and belief, I make this declaration of my own personal knowledge. If called upon to testify, I could and would testify as follows:

3. On June 15, 2025, Alvarez file a Fourth Amended Complaint itahave practice civil law litigation for over 20 years. I make this declaration in support of Plaintiff over the age of 20 years and am a party to this action. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

4. On June 23, 2025, Defendant, Reay, filed a Motion to Dismiss and a Motion to Strike. On June 15, 2025, Plaintiff filed a Fourth Amended Complaint. The Fourth Amended Complaint was stricken on June 30, 2025.

5. The Fourth Amended Complaint should not have been filed prior to a request to amend being filed with the court or a stipulation by the parties.

6. Swan did not have the opportunity to file an opposition to the Motion to

DECLARATION OF ANGELA SWAN IN SUPPORT OF MOTION TO VACATE ORDER DISMISSING CASE AGAINST DEFENDANT REAY

Strike and Dismiss the Third Amended Complaint.

7. Alvarez does have a meritorious lawsuit against Reay.

8. Swan did comply with the Rules of Court by conducting a meet and confer with counsel representing Ms. Reay and advising her that a motion to vacate the dismissal would be filed.

9. My reason for not filing and Opposition to Defendant's Motion to dismiss was based on a misunderstanding that I could file the Fourth Amended Complaint. On June 30, 2025, the court struck the Fourth Amended Complaint. Approximately one week later, The Court dismissed the case against Catie Reay.

10. I therefore did not have the time or opportunity over the week time span to file an opposition to the Motion to Dismiss.

DATED:  August 25, 2025          THE LAW OFFICES OF ANGELA SWAN, APC

By: _____
Angela Swan, Esq.,
Attorney for DANIEL ALVAREZ

DECLARATION OF ANGELA SWAN IN SUPPORT OF MOTION TO VACATE ORDER DISMISSING CASE AGAINST DEFENDANT REAY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 DECLARATION OF ANGELA SWAN IN SUPPORT OF MOTION TO VACATE ORDER DISMISSING CASE AGAINST DEFENDANT REAY